IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-801-BO

| | |
|---|---|
| DIRECTTV, LLC, a California limited liability company, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | **ENTRY OF DEFAULT** |
| SHANNAH L. RICHTER, a/k/a SHANNAH L. DIAZ, Individually, and d/b/a MUNCHING MARVINS, ) ) ) ) | |
| Defendant. ) | |

On December 31, 2012, DirectTV, a California limited liability company, ("plaintiff") filed this action against Shannah L. Richter, a/k/a Shannah L. Diaz, Individually, and d/b/a Munching Marvins ("defendant") [D.E. 1]. According to plaintiff's affidavit of service, defendant was served with the summons and complaint on December 24, 2012 [D.E. 8-1]. On February 20, 2013, plaintiff moved for entry of default [D.E. 8].

Defendant has not filed an answer or response to plaintiff's complaint, and the time within which defendant may do so has expired. See Fed. R. Civ. P. 12(a)(1)(A). Rule 55(a) of the Federal Rules of Civil Procedure provides for entry of default against a party who "has failed to plead or otherwise defend." It appears that defendant is subject to default. Accordingly, plaintiff's motion for entry of default against defendant Shannah L. Richter, a/k/a Shannah L. Diaz, Individually, and d/b/a Munching Marvins is GRANTED [D.E. 8].

SO ORDERED. This 12th day of April 2013.

_____
Julie A. Richards, Clerk of Court